IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| Bridge Oil, Ltd., | * | |
| Plaintiff, | * | Civil Action No. JFM 06-3368 |
| v. | * | |
| Emerald Reefer Lines, LLC, et al., | * | |
| Defendants | * | |
| * * * * * * | * * * * * * | |
| Bunker Holdings, Ltd. Limassol, Cyprus, | * * | |
| Intervening Plaintiff, | * | **ORDER GRANTING MOTION AND MEMORANDUM TO INTERVENE IN THIS ACTION PURSUANT TO FRCP 24 AND LAR E(10) AND TO PROVIDE FOR ISSUE AND SERVICE OF WARRANT OF ARREST (SUPPLEMENTAL RULE D) AND WRIT OF MARITIME ATTACHMENT AND GARNISHMENT (SUPPLEMENTAL RULE B)** |
| v. | * | |
| Emerald Reefer Lines, LLC, | * | |
| Plaintiff in personam, | * | |
| and | | |
| The Bunkers Aboard the M/V PACIFIC CHUKOTA, | * | |
| Defendant in rem, | * | |
| and | * | |
| The Master of the M/V PACIFIC CHUKOTA, | * | |
| and | * | |
| Inchcape Shipping Services, | * | |
| Garnishee. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Upon considering the motion of Intervening Plaintiff Bunker Holdings, Ltd. ("BH") pursuant to Fed. R. Civ. P. 24 and Local Admiralty Rule E(10) to intervene in this action, and for this Court to effect the arrest of certain bunkers on the vessel M/V PACIFIC CHUKOTA ("Vessel") pursuant to Supplemental Rule D, and attachment of property of defendant Emerald Reefer Lines, LLC ("ERL") pursuant to Supplemental Rule B, without further physical service by the United States Marshal upon the Vessel of such warrant of arrest and writs of maritime attachment and garnishment, this Court GRANTS the motion, and ORDERS as follows:

1.   Bunker Holdings, Ltd. shall be permitted to intervene in this action;

2.   The Clerk is directed to issue the Warrant of Arrest of Bunkers, pursuant to Supplemental Rule D, and Writs of Maritime Attachment and Garnishment, pursuant to Supplemental Rule B, exhibited to the motion of Bunker Holdings, Ltd.; and

3.   Considering that the United States Marshal already has served with Bridge Oil's maritime garnishment and attachment writs on the Master of the Vessel, for the bunkers aboard the Vessel, and garnishee Inchcape Shipping Services as the Vessel's husbanding agent further has been served with Bridge Oil's maritime attachment and garnishment writ, and that in related action _Triton Marine Fuels Ltd., S.A. v. M/V Pacific Chukotka et al_, 1:06-cv-03346-JFM, the United States Marshal already has served a warrant of arrest (Supplemental Rule C) on the Vessel, it shall not be necessary for service by the United States Marshal of the warrant and writs issued on request of Bunker Holdings, Ltd., here.  The Court deems such warrant and writs served, upon issue by this Court of this Order and no further physical service of such warrant and writs on the Master of the Vessel, Inchcape Shipping Services, or otherwise, shall be necessary. Bunker Holdings, Ltd. shall, upon such issue of the warrant and writs, serve by facsimile a copy

of them on Inchcape Shipping Services, both for itself and for the Vessel and Master, and file a Notice with the Court confirming this service.

SO ORDERED this 20th day of December, 2006.

_____
J. Frederick Motz
United States District Judge