| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Civil Action |
| | : | |
| | : | |
| DISTRICT OF MARYLAND | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## WARRANT OF ARREST IN ACTION IN REM (BUNKERS)

TO THE MARSHAL OF THE DISTRICT OF MARYLAND-- GREETINGS:

    WHEREAS a complaint has been filed by Intervening Plaintiff Bunker Holdings, Ltd. in the United States District Court for the DISTRICT OF MARYLAND on December 20, 2006 against certain bunkers ("Bunkers") aboard the vessel M/V PACIFIC CHUKOTA ("Vessel") pursuant to Supplemental Admiralty and Maritime Rule D, for the reasons and causes in said complaint mentioned and praying for process of warrant for the arrest of said Bunkers and that all persons interested in the said Vessel may be cited in general and special to answer the premises and all proceedings be had;

    NOW THEREFORE, you are hereby commanded to take into your possession the above-named Bunkers, and that you promptly after execution of this process file same in this court with your return thereon.

    WHEREAS this process is issued pursuant to such prayer and requires that any claimant to the Bunkers serve his or her claim to Bunkers within 10 days after process has been executed, and shall serve an answer within 20 days after the filing of the claim.

Issued December 20, 2006.                           **FELECIA M. CANNON**
                                                             **Clerk - U.S. District Court**

                                                             By: _____
                                                             Deputy Clerk

Attorneys for Intervening Plaintiff : J. Stephen Simms, Donna Davis Ebaugh, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note:   Claimant is required to file claim in the Clerk's office and to answer or except to said complaint within the times above fixed; otherwise the Plaintiffs may enter an Interlocutory or Final Judgment as may be proper.

This Warrant is issued pursuant to Rule D of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.