**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT - ACCOUNTS**

UNITED STATES OF AMERICA :         Civil Action No. JFM 06-3368
DISTRICT MARYLAND :

. . . . . . . . . . . . . . . . . .

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**
**TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:**

  **WHEREAS** an intervening complaint has been filed in the United States District Court for the District of Maryland on December 20, 2006, by plaintiff against defendant Emerald Reefer Lines, LLC ("Defendant") in a certain action for breach of maritime contracts alleged to be due and owing to said plaintiff amounting to a sum of at least $193,000, and praying for process of Maritime Attachment and Garnishment against the said defendant, and

  **WHEREAS** this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon him and requires that a defendant shall serve his answer within 20 days after process has been executed, whether by attachment of property or service on the garnishee.

  **NOW THEREFORE**, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to garnish and attach all accounts, accounts payable, intangible property, other property, goods and chattels (collectively, "Accounts"), which are the property of Defendant, to the amount sued for; and if such Accounts cannot be found that you attach all Accounts of Defendant to the amount sued for in the hands of or under the control or custody of

Inchcape Shipping Services, husbanding agent for the M/V PACIFIC CHUKOTA

and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued December 20, 2006.              **FELECIA M. CANNON**
                                       **Clerk - U.S. District Court**


                                       By: _____
                                       Deputy Clerk

Attorneys for plaintiff: J. Stephen Simms, Donna Davis Ebaugh, Simms Showers LLP, Suite 702, 20 S. Charles Street, Baltimore, Maryland 21201, telephone 410-783-5795.

Note: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.