# EXHIBIT B

## VERIFIED CLAIM OF CANTON PORT SERVICES, LLC

### CLAIMANT'S INVOICES

Vessel/Voyage #:        PACIFIC CHUKOTKA

Date of Arrival:        12/17/06

| Invoice # | Date | Item | Amount |
|---|---|---|---|
| 100171 | 12/26/06 | Line Handling | $ 1,100.00 |
| 100172 | 12/26/06 | Dockage Charges | $ 6,470.86 |
| 100173 | 12/26/06 | Overtime Charges | $ 1,462.50 |
| 100174 | 12/27/06 | Crane Charges | $ 4,000.00 |
| 100175 | 12/27/06 | Extra Labor Charges | $ 4,950.00 |
| 100176 | 12/27/06 | Stand By Charges | $10,150.08 |
| | TOTAL | | $28,133.44 |

## Canton Port Services, LLC.

### INVOICE

**VESSEL**
VESSEL/VOYAGE# : PACIFIC CHUKOTKA
DATE OF ARRIVAL : 12/17/06

**INVOICE**
NUMBER : 100171
DATE : 12/26/06

ATTENTION : Operations

TO : Inchcape
6610 Tributory Street
Suite 309
Baltimore, Md. 21234

COMMODITY OR ITEM : Line Handling

UNIT : 1                    RATE : 1100.00

ADDITIONAL INFORMATION
Line handling charges as follows:
Docked: December 17, 2006 @ 17:20
Sailed: December 23, 2006 @ 13:05
Line handling in          $550.00
Line handling out         $550.00

AMOUNT : $1,100.00

PAID     :
CH:                Date:

TOTAL DUE : $1,100.00

REMIT TO Canton Port Services LLC
C/O Mercantile Safe Deposit and Trust Company
Fed. Routing No.052000618
Account No. 6101266-1

Terms-Due Upon Receipt

Suite #2
3800 Newgate Avenue
Baltimore, Md.21224
TEL. 410-633-1601
FAX. 410-633-3475

Canton Port Services, LLC.

INVOICE

```
-- VESSEL --
VESSEL/VOYAGE#   : PACIFIC CHUKOTKA
DATE OF ARRIVAL  : 12/17/06
```

```
-- INVOICE --
NUMBER : 100172
DATE   : 12/26/06
```

ATTENTION : Operations

TO : Inchcape
     6610 Tributory Street
     Suite 309
     Baltimore, Md. 21234

COMMODITY OR ITEM : Dockage Charges

UNIT : 1          RATE : 6470.86

ADDITIONAL INFORMATION
Dockage charges as follows:
Docked: December 17, 2006 @ 17:20
Sailed: December 23, 2006 @ 13:05
Docked: December 17,18,19,20,21,22 and 23, 2006
NRT 3118 = $1120/day - $46.67/per hr
5 days x $1120/day       = $5,600.00
18.66hrs x $46.67/hr     = $  870.86

AMOUNT : $6,470.86

PAID  :
CH:              Date:

TOTAL DUE : $6,470.86

REMIT TO Canton Port Services LLC
C/O Mercantile Safe Deposit and Trust Company
Fed. Routing No.052000618
Account No. 6101266-1

Terms-Due Upon Receipt

Suite #2
3800 Newgate Avenue
Baltimore, Md.21224
TEL. 410-633-1601
FAX. 410-633-3475

Canton Port Services, LLC.

## INVOICE

**VESSEL**
VESSEL/VOYAGE# : PACIFIC CHUKOTKA
DATE OF ARRIVAL : 12/17/06

**INVOICE**
NUMBER : 100173
DATE   : 12/26/06

ATTENTION : Operations

TO : Inchcape
     6610 Tributory Street
     Suite 309
     Baltimore, Md. 21234

COMMODITY OR ITEM : Overtime Charges

UNIT : 4.50           RATE : 325.00

ADDITIONAL INFORMATION
  Overtime charges for the following
  December 23, 2006, Saturday
  1 gang x 2.50 hrs x $325/per hr = $812.50
  1 gang x 2.00 hrs x $325/per hr = $650.00

AMOUNT : $1,462.50

PAID   :
CH:              Date:

TOTAL DUE : $1,462.50

REMIT TO Canton Port Services LLC
C/O Mercantile Safe Deposit and Trust Company
Fed. Routing No.052000618
Account No. 6101266-1

Terms-Due Upon Receipt

Suite #2
3800 Newgate Avenue
Baltimore, Md.21224
TEL. 410-633-1601
FAX. 410-633-3475

Canton Port Services, LLC.

INVOICE

| VESSEL | | INVOICE | |
|---|---|---|---|
| VESSEL/VOYAGE# | : PACIFIC CHUKOTKA | NUMBER | : 100174 |
| DATE OF ARRIVAL | : 12/17/06 | DATE | : 12/27/06 |

ATTENTION : Master/owner

TO : Inchcape
6610 Tributory Street
Suite 309
Baltimore, Md. 21234

COMMODITY OR ITEM : Crane Charges

UNIT : 16          RATE : 250.00

ADDITIONAL INFORMATION
Shore crance charges as follows:
12/21/06 - 8 hrs @$250/hr
for Hatch #4              =   $2,000.00
12/22/06 - 4 hrs @$250/hr
for Hatch #4              =   $1,000.00
12/22/06 - 4 hrs @$25/hr
for Hatch #1              =   $1,000.00
: Total                        $4,000.00

AMOUNT : $4,000.00

PAID :
CH:              Date:

TOTAL DUE : $4,000.00

REMIT TO Canton Port Services LLC
C/O Mercantile Safe Deposit and Trust Company
Fed. Routing No.052000618
Account No. 6101266-1

Terms-Due Upon Receipt

Suite #2
3800 Newgate Avenue
Baltimore, Md.21224
TEL. 410-633-1601
FAX. 410-633-3475

## Canton Port Services, LLC.

### INVOICE

**VESSEL**

VESSEL/VOYAGE# : PACIFIC CHUKOTKA
DATE OF ARRIVAL : 12/17/06

**INVOICE**

NUMBER : 100175
DATE   : 12/27/06

ATTENTION : Master/owner

TO : Inchcape
     6610 Tributory Street
     Suite 309
     Baltimore, Md. 21234

COMMODITY OR ITEM : Extra Labor Charges

UNIT : 8.25          RATE : 600.00

ADDITIONAL INFORMATION
Extra labor charges for the following:
12/18/06 - Hatch #3HD
4.25 hrs x $600/hr    =    $2,550.00
12/20/06 - Hatch 2A, 3B and 4B
4 hrs x $600/hr       =    $2,400.00
(Photo support)

AMOUNT : $4,950.00

PAID  :
CH:              Date:

TOTAL DUE : $4,950.00

REMIT TO Canton Port Services LLC
C/O Mercantile Safe Deposit and Trust Company
Fed. Routing No.052000618
Account No. 6101266-1

Terms-Due Upon Receipt

Suite #2
3800 Newgate Avenue
Baltimore, Md.21224
TEL. 410-633-1601
FAX. 410-633-3475

Canton Port Services, LLC.

INVOICE

```
---- VESSEL ----                              ---- INVOICE ----
VESSEL/VOYAGE#   : PACIFIC CHUKOTKA           NUMBER : 100176
DATE OF ARRIVAL  : 12/17/06                   DATE   : 12/27/06
```

ATTENTION : Master/owner          TO : Inchcape
                                       6610 Tributory Street
                                       Suite 309
                                       Baltimore, Md. 21234

COMMODITY OR ITEM : Stand By Charges            AMOUNT : $10,150.08

UNIT : 16.9168           RATE : 600.00
                                                PAID  :
                                                CH:            Date:
ADDITIONAL INFORMATION
 Stand by charges as follows:
 12/18/06- Hatch 1HD,2HD,3HD,4HD = 1.75hrs      TOTAL DUE : $10,150.08
 12/19/06- Hatch 1A,1B           = 3.4168hrs
 12/20/06- Hatch 4B              = 7.50hrs
 12/21/06- Hatch 4B              =  .75hrs
 12/22/06- Hatch 1C,4C           = 3.50hrs
 Total hours of stand by         16.9168hrs
 : 16.9168hrs x $600/per hr     =$10,150.08
:
:

REMIT TO Canton Port Services LLC
C/O Mercantile Safe Deposit and Trust Company
Fed. Routing No.052000618
Account No. 6101266-1
                                    Suite #2
Terms-Due Upon Receipt              3800 Newgate Avenue
                                    Baltimore, Md.21224
                                    TEL. 410-633-1601
                                    FAX. 410-633-3475